UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AUTUMN C. SMALLWOOD,**

    **Plaintiff,**

v.                                CASE NO:    6:22-cv-00865-CEM-DAB

**CHRISTINE BUSTER, LLC d/b/a**
**BUSTER'S BISTRO**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, AUTUMN C. SMALLWOOD, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, CHRISTINE BUSTER, LLC d/b/a BUSTER'S BISTRO, has been settled.

Dated this 18th day of July, 2022.

                                                      Respectfully submitted,

                                                      /s/ Christopher J. Saba
                                                      Christopher J. Saba
                                                      Florida Bar No. 0092016
                                                      Wenzel Fenton Cabassa P.A.
                                                      1110 N. Florida Avenue
                                                      Suite 300
                                                      Tampa, Florida 33602
                                                      Main No.: 813-224-0431
                                                      Facsimile No.: 813-229-8712
                                                      Email: csaba@wfclaw.com
                                                      **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of July, 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Jeffrey S. Hammer
Jill S. Schwartz & Associates, P.A.
655 W. Morse Boulevard
Suite 212
Winter Park, FL 32789
Email: jhammer@schwartzlawfirm.net

            /s/ Christopher J. Saba
            Christopher J. Saba