UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AUTUMN C. SMALLWOOD,**

        Plaintiff,

v.                                          Case No.  6:22-cv-865-CEM-DAB

**CHRISTINE BUSTER, LLC,**

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 16). The United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of No Objection (Doc. 18), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 16) is **GRANTED**.

    a. The Settlement Agreement (Doc. 16-1) is **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record